```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RAMON RAMOS-SOLANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR. S-06-191 EJG |
| ) | |
| Plaintiff,   ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v.   ) | **AND EXCLUDING TIME** |
| ) | |
| RAMON RAMOS-SOLANO,   ) | |
| ) | Date:  May 26, 2006 |
| Defendant.   ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ramon Ramos-Solano, that the status conference scheduled for May 26 may be continued to June 16, 2006, at 10:00 a.m.

   This is a new case.  Defense counsel will be unavailable to appear on the date presently scheduled for status.  He also seeks additional time to review discovery with Mr. Ramos-Solano as well as adequate time for Probation to prepare a pre-plea calculation of the guidelines.  In order to have this time, the parties agree that time under the Speedy Trial Act should be excluded from

/////

/////

the date of this order through the status conference on June 16, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

Dated:  May 22, 2006                     /s/ T. Zindel
                                         TIMOTHY ZINDEL
                                         Assistant Federal Defender
                                         Attorney for RAMON RAMOS-SOLANO


                                         McGREGOR SCOTT
                                         United States Attorney

Dated:  May 22, 2006                     /s/ T. Zindel for M. Beckwith
                                         MICHAEL BECKWITH
                                         Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 16, 2006, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties.

IT IS SO ORDERED.


Dated:  May 22, 2006                     /s/ Edward J. Garcia
                                         HON. EDWARD J. GARCIA
                                         United States District Judge


Stip. in U.S.A. v. R. Ramos-Solano        2