1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   RAMON RAMOS-SOLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-191 EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| RAMON RAMOS-SOLANO, ) | |
| ) | Date:  June 16, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ramon Ramos-Solano, that the status conference scheduled for June 16 may be continued to July 7, 2006, at 10:00 a.m.

   The defense believes that pre-plea sentence calculations concerning Mr. Ramos contain a factual error requiring correction before the case resolves; the error affects the guidelines calculations.  The assigned prosecutor is also presently in trial and unavailable to appear at the conference scheduled for June 16.  Finally, defense counsel seeks time to consult with defendant's family.  In order to have time to complete these tasks, the parties agree that

/////

/////

1  time under the Speedy Trial Act should be excluded from the date of this order
2  through the status conference on July 7, 2006, pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv)(Local Code T4).

4                                              Respectfully submitted,

5                                              DANIEL J. BRODERICK
                                               Federal Defender
6

7  Dated: June 13, 2006                        /s/ T. Zindel
                                               TIMOTHY ZINDEL
8                                              Assistant Federal Defender
                                               Attorney for RAMON RAMOS-SOLANO
9

10                                             McGREGOR SCOTT
                                               United States Attorney
11

12 Dated: June 13, 2006                        /s/ T. Zindel for M. Beckwith
                                               MICHAEL BECKWITH
13                                             Assistant U.S. Attorney

14

15                                **O R D E R**

16     The status conference is continued to July 7, 2006, at 10:00 a.m. and time
17 under the Speedy Trial Act is excluded through that date for the reasons stated
18 above and by agreement of the parties, the court finding that the ends of
19 justice to be served by a continuance outweigh the best interests of the
20 defendant and the public in a speedy trial.
21     IT IS SO ORDERED.
22

23 Dated:  June 14, 2006                       /s/ Edward J. Garcia
                                               HON. EDWARD J. GARCIA
24                                             United States District Judge

25

26

27

28

Stip. in U.S.A. v. R. Ramos-Solano            2