DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAMON RAMOS-SOLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-191 EJG |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| RAMON RAMOS-SOLANO, ) | Date:  July 7, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Ramon Ramos-Solano, that the status conference scheduled for July 7 may be continued to July 21, 2006, at 10:00 a.m.

The defense seeks additional time to consult with Mr. Ramos-Solano before advising the Court re further proceedings. The government has proposed a plea agreement but Mr. Ramos-Solano would like additional time to consider it. In order to have time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the

/////

/////

/////

1  status conference on July 21, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).
3                                              Respectfully submitted,
4                                              DANIEL J. BRODERICK
                                               Federal Defender
5
6  Dated: July 5, 2006                         /s/ T. Zindel
                                               TIMOTHY ZINDEL
7                                              Assistant Federal Defender
                                               Attorney for RAMON RAMOS-SOLANO
8
9                                              McGREGOR SCOTT
                                               United States Attorney
10
11 Dated: July 5, 2006                         /s/ T. Zindel for M. Beckwith
                                               MICHAEL BECKWITH
12                                             Assistant U.S. Attorney
13
14                              **O R D E R**
15      The status conference is continued to July 21, 2006, at 10:00 a.m. and time
16 under the Speedy Trial Act is excluded through that date for the reasons stated
17 above and by agreement of the parties, the court finding that the ends of
18 justice to be served by a continuance outweigh the best interests of the
19 defendant and the public in a speedy trial.
20      IT IS SO ORDERED.
21
22 Dated:  July 6, 2006                        /s/ Edward J. Garcia
                                               HON. EDWARD J. GARCIA
23                                             United States District Judge
24
25
26
27
28

Stip. in U.S.A. v. R. Ramos-Solano        2