1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   RAMON RAMOS-SOLANO
6

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   NO. CR.S-06-191-GEB
                                )       CR.S-11-024-GEB
11          Plaintiff,          )
                                )   **STIPULATION AND [PROPOSED]**
12    v.                        )   **ORDER; CONTINUING STATUS**
                                )   **CONFERENCE AND EXCLUDING**
13 RAMON RAMOS-SOLANO,          )   **TIME**
                                )
14          Defendant.          )   Date: June 24, 2011
   _____)   Time: 9:00 a.m.
15                                  Judge: Hon. Garland E. Burrell, Jr.

16

17     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for RAMON RAMOS-SOLANO that the status conference hearing date of June 10, 2011 be vacated, and the matter be set for status conference on June 24, 2011 at 9:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 24, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 9, 2011.                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

                                        /s/ Courtney Fein
                                        COURTNEY FEIN
                                        Assistant Federal Defender
                                        Designated Counsel for Service
                                        Attorney for RAMON RAMOS-SOLANO


DATED: June 9, 2011.                    BENJAMIN WAGNER
                                        United States Attorney

                                        /s/ Courtney Fein for
                                        MICHELE BECKWITH
                                        First Assistant U.S. Attorney
                                        Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 10, 2011, status conference hearing be continued to June 24, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 24, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 9, 2011

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge